IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| In the Matter of | Case No. 08-33053 |
|---|---|
| JACKSON-KAMM, LUCRETIA, | Chapter 7 |
| Debtor. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| Verizon North Inc.<br>404 Brock Drive<br>Bloomington, IL 61701 | $56.05 |

Dated: May 2, 2011                     Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone:  (574) 233-1194
Facsimile:  (574) 233-8957
Email:      jshtrustee@jonesobenchain.com

1
NOTICE OF UNCLAIMED FUNDS

## CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of May 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Sharon L. Bilbrew | United States Trustee |
| sblaw409@frontier.com | ustpregion10.so.ecf@usdoj.gov |

                                              /s/ Jacqueline Sells Homann
                                              Jacqueline Sells Homann